## SECOND DISTRICT.

The People of the State of Illinois, defendant in error, v. George Blackburn, plaintiff in error. Gen. No. 8,091.

Opinion filed February 11, 1930.

F. J. Tilton and H. A. Brooks, for plaintiff in error. Martin V. Peterman, State's Attorney, for defendant in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Harry Mints, trading as Elaine Dress Company, plaintiff in error, v. S. P. Burgess et al., defendants in error. Gen. No. 8,094.

Opinion filed February 11, 1930. Rehearing denied June 24, 1930.

Connelly, Weld, Walker & Searle, for plaintiff in error; H. A. Weld, of counsel. J. Clinton Searle and Marshall & Marshall, for certain defendants in error. William Schroder, for defendant in error Otto Hildebrandt.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Herman V. Bittorf and Leo. J. Wahl, appellees, v. William Typer et al., appellants. Gen. No. 8,138.

Opinion filed March 29, 1930. Rehearing denied June 25, 1930.

Harry H. Waite, H. A. Brooks and Edward A. Jones, for appellants; Carl E. Sheldon, for certain appellant. Ward, Ward & Ward, for appellees; A. J. Scheineman, of counsel.

Mr. Justice Jett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Solley Petrilli, plaintiff in error. Gen. No. 8,097.

Opinion filed April 5, 1930. Rehearing denied June 25, 1930.

Robert W. Besse, for plaintiff in error. Vincent A. Bell, State's Attorney, for defendant in error; Jacob J. Ludens, of counsel.

Mr. Presiding Justice Boggs delivered the opinion of the court.